

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 2-09-056-CV

IN RE CHARLES D. NEWBERRY                                    RELATOR

------------

### ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

We have considered relator's petition for writ of mandamus and "Respondent's Response To Petition For Writ Of Mandamus And Motion To Dismiss Appeal As Moot," wherein respondent indicates that he vacated the January 22, 2009 order complained of by relator in his petition for writ of mandamus, thus rendering relator's petition for writ of mandamus as moot. It is the court's opinion that respondent's motion should be granted. Accordingly, we dismiss relator's petition for writ of mandamus as moot.

PER CURIAM

PANEL: MCCOY, J.; CAYCE, C.J.; and MEIER, J.

DELIVERED: March 11, 2009

---

[1] *See* Tex. R. App. P. 47.4.